ANTHONY GENOVESE and JOHN GENOVESE, Infants, by JOSEPHINE GENOVESE, Their Guardian ad Litem, and PETER GENOVESE and JOSEPHINE GENOVESE, Appellants, v. THE BROOKLYN UNION GAS COMPANY and SOUTH BROOKLYN SAVINGS BANK, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

WENDELL GRUBER, Appellant, v. WILBUR F. WILSON, Defendant, and FRANKLIN WILSON, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 722.] The following question is certified: Should the order herein have been granted? Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ. [See *post*, p. 888.]

PERCY K. HUDSON and T. BACHE BLEECKER, Appellants, v. TOWN OF OYSTER BAY, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of GEORGE A. FERRIS, Respondent, for a Peremptory Mandamus Order against RAYMOND J. FUNKHOUSER, as Supervisor of the Town of Harrison, JOHN F. FULBECK and Others, as Councilmen of the Town of Harrison, and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Petition of WILLIAM E. FOLKES, Respondent, for an Alternative Order of Mandamus against JAMES E. HUSHION, as Comptroller of the City of Yonkers, New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of HELEN V. HELMRICH, Appellant, for a Mandamus Order against BLANCHE S. EMERSON, as Director of Public Welfare of the City of New Rochelle, IRVING C. BROWER, as City Manager of the City of New Rochelle, and HARRY SCOTT, Mayor, GEORGE I. ROBERTS, JR., and Others, Councilmen, Constituting the Council of the City of New Rochelle, Respondents — Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of ROSE VOGEL, etc., Deceased. DAVID VOGEL, Appellant; ANNA BASSMAN and JACOB M. SILVEY, Executors Named in the Last Will and Testament of ROSE VOGEL, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

RICHARD LEIBMAN, an Infant, by His Guardian ad Litem, RICHARD E. LEIBMAN, and RICHARD E. LEIBMAN, Respondents, v. EIGHTEENTH SCHOOL DISTRICT OF THE TOWN OF HEMPSTEAD, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

MANUFACTURERS TRUST COMPANY, as Trustee under a Declaration of Trust Dated December 31, 1935, Respondent, v. PECK-SCHWARTZ REALTY CORPORATION and Others, Defendants, and PIEDMONT HOLDING CORPORATION, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.